USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/23/2024

Case 1:24-cv-02110-MMG   Document 15   Filed 04/23/24   Page 1 of 1

**LAZARUS & LAZARUS, P.C.**
COUNSELLORS AT LAW

240 MADISON AVENUE 8TH FL.  
NEW YORK, N.Y. 10016

TEL: 212-889-7400  
FAX: 212-684-0314

April 19, 2024

**By Electronic Filing:**

**Honorable Margaret M. Garnett**
United States Courthouse
Southern District of New York
40 Foley Square, Courtroom 906
New York, New York 10007

  Re: <u>The Douglas Stewart Company, Inc. v. Lifeworks Technology Group, LLC</u>
    <u>Case No.: 24-CV-2110</u>

Honorable Garnet,

  We are the attorneys for the Defendant Lifeworks Technology Group, LLC, ("Lifeworks") in the above-referenced matter.

  Reference is made to the Notice of Initial Pretrial Conference submitted to the Court on March 21, 2024 (Docket #8), which directed an Initial Pretrial Conference before Your Honor on May 14, 2024, at 2:00 PM (hereafter, the "Conference").

  Pursuant to this Court's Individual Rules of Practice, Rule I(B)(5), we write, with the consent of counsel to the Plaintiff, The Douglas Stewart Company, Inc., to respectfully request an adjournment of the Conference until July 2, 2024 or a date to be determined by the Court. The adjournment is requested to allow the parties time to meaningfully negotiate a settlement prior to setting a Court ordered discovery schedule.

  There have been no previous requests for adjournments of the Conference.

  We thank the Court for its attention to this matter and look forward to hearing from you.

Respectfully,

/s/ Yvette Sutton
Yvette J. Sutton, Esq.

---

Application GRANTED. The Initial Pretrial Conference is hereby ADJOURNED to **Tuesday, July 2, 2024, at 9:30 a.m.** The conference shall be held in-person in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007. The parties' joint letter and proposed Civil Case Management Plan shall be due no later than **June 25, 2024**. The Clerk of Court is respectfully directed to terminate Dkt. No. 14.

CC: All counsel of record

SO ORDERED. Date: 4/23/2024.