UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

The Douglas Stewart Company, Inc.,

                       Plaintiff,

        -against-

Lifeworks Technology Group, LLC,

                      Defendant.

24-CV-2110 (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      As per my Order dated June 11, 2024, (ECF 20) a joint status letter from the parties regarding the status of discovery was due on August 31, 2024. The parties have not complied.

      I am sua sponte extending the deadline for the joint status letter nunc pro tunc until **tomorrow, September 4, 2024 at 5 p.m**.

DATED:  September 3, 2024
        New York, New York

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge